Jose Luis LOPEZ–RAYAS, Petitioner,

v.

IMMIGRATION AND NATURALIZA-
TION SERVICES, Respondent.

No. 85–4732.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 9, 1987.

Jose Luis Lopez-Rayas, pro se.

David H. Lambert, Dist. Director, I.N.S.,
New Orleans, La., William J. Chambers,
Dist. Director, I.N.S., Dallas, Tex., for oth-
er interested parties.

Madelyn E. Johnson, Morris H. Deutsch,
Attys., Edwin Meese, III, Atty. Gen., U.S.
Dept. of Justice, Robert L. Bombough, Of-
fice of Immigration Lit., Civ. Div., Allen W.
Hausman, Asst. Director, Richard M. Ev-
ans, Lauri Steven Filppu, Marshall Tamor
Goldine, Attys., Washington, D.C., for re-
spondent.

Before JOHNSON, RUBIN, and
JONES, Circuit Judges.

### OPINION ON APPLICATION FOR REHEARING

(Opinion August 13, 1987, 5th
Cir.1987, 825 F.2d 827)

ALVIN B. RUBIN, Circuit Judge:

Considering the letter of the Rev. Justin
J. Lucio as an application for rehearing,
and the reply of the United States Depart-
ment of Justice thereto, the motion for
rehearing is denied. As the Government's
letter notes, this decision does not in any
way prejudice petitioners' rights under the
Immigration Reform and Control Act of
1986. Our affirmance of the Board's deni-
al of the Lopez-Rayas' application for sus-
pension of deportion has no effect on their
right to temporary residence status under
the 1986 statute. The temporary cards is-
sued to them under that statute protect
them from execution of the Board's depor-
tation order until final adjudication of the
applications for temporary residence sta-
tus.